## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

ADRIAN MONTOR, *on behalf of himself,*
*FLSA Collective Plaintiffs, and the Class*,

                Plaintiff,

-against-

TRATTORIA TRE COLORI, INC.
d/b/a TRATTORIA TRECOLORI,
MARCO GONZALEZ,
VICTOR GONZALEZ, and
FELIPE GONZALEZ,

                Defendant.

Case No.: 1:20-cv-2362-LGS

**NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**

So Ordered.

Dated: May 8, 2020
New York, New York

*[Signature]*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

**PLEASE TAKE NOTICE** that the claims of Plaintiff, ADRIAN MONTOR, are hereby dismissed without prejudice, in their entirety, as against Defendant, TRATTORIA TRE COLORI, INC. d/b/a TRATTORIA TRECOLORI, MARCO GONZALEZ, VICTOR GONZALEZ, and FELIPE GONZALEZ, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: May 7, 2020
       New York, New York

                                          Lee Litigation Group, PLLC

                                          *[Signature]*
                                          C.K. Lee, Esq. (CL 4086)
                                          148 West 24th Street, Eighth Floor
                                          New York, NY 10011
                                          Phone: (212) 465-1188